United States District Court
Southern District of Texas
**ENTERED**
September 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **HECHUAN XU and JING XU, as Next Friend, Petitioner,** | § | |
| **VS.** | § | **ACTION NO. 7:26-CV-200** |
| **FEDERAL OFFICIALS RESPONSIBLE FOR CUSTODY, Respondents.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry No. 9 are hereby adopted by this Court.

FURTHER, the Court, having adopted the Magistrate Judge's conclusions, is of the opinion that the § 2241 petition should be **DISMISSED** as moot.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED September 29, 2026, at McAllen, Texas.

Arthur R. Jones
United States District Judge